


MEMO ENDORSED

WRITER'S DIRECT DIAL NO.
(212) 849-7107

WRITER'S INTERNET ADDRESS
andrewberdon@quinnemanuel.com

December 13, 2011

**VIA FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: *Medicis Pharm. Corp. v. Nycomed U.S. Inc.*, No. 11-cv-4962-LTS
*Medicis Pharm. Corp. v. Perrigo Co.*, No. 11-cv-4963-LTS
*Medicis Pharm. Corp. v. Taro Pharms. U.S.A., Inc. et al.*, No. 11-cv-4965-LTS
*Medicis Pharm. Corp. v. Watson Pharms., Inc.*, No. 11-cv-7464-LTS

Dear Judge Swain:

The undersigned represents the plaintiff Medicis Pharmaceutical Corp. ("Medicis") in the above referenced actions. We write respectfully to request an adjournment of the initial pretrial conference currently scheduled for January 13, 2012 in connection with each of the above-referenced actions.

Medicis commenced Civil Action Numbers 11-cv-4962, 11-cv-4963 and 11-cv-4965 on July 19, 2011 (the "original actions"). Complaints were served on Defendants Nycomed U.S., Inc.; Perrigo Company, Inc.; and Taro Pharmaceuticals U.S.A., Inc. on October 13, 2011. The complaint was served on Taro Pharmaceutical Industries, Ltd. in Israel, on October 24. Pursuant to agreements with Medicis concerning extensions of time, each of the Defendants in the original actions is expected to file an answer in January, 2012.

Medicis commenced Civil Action Number 11-cv-7464 on October 21, 2011 (the "Watson action"). The complaint in the Watson action was served on Watson on December 8, 2011.

Medicis has been pursuing conversations with each of the defendants that may lead to settlement. In light of these discussions, all parties are in agreement that it would be reasonable to request an adjournment of the initial conference in these matters.

For these reasons, and so as not to take up the Court's time unnecessarily, Medicis respectfully requests that Your Honor adjourn the initial pre-trial conference until at least forty-five days from January 13, 2012, the current date for the initial pre-trial conference.

Defendants Nycomed U.S. Inc., Perrigo Company, Inc., Taro Pharmaceuticals U.S.A., Inc., Taro Pharmaceuticals Industries, Ltd., and Watson Pharmaceuticals have consented to this adjournment.

This is the first request for an adjournment or extension of time since the commencement of the Watson action. This is the second request for an adjournment or extension of time in connection with the original actions. The Initial Conference was previously scheduled for November 3, 2011 in the original actions. The Court granted the request to adjourn that conference.

The conference is adjourned to March 30, 2012 at 10:15AM and the related deadlines are modified accordingly. The Clerk of Court is requested to docket this endorsed order in each of the above-captioned actions.

Respectfully submitted,

Andrew M. Berdon

Counsel for Plaintiff
Medicis Pharmaceutical Corp.

SO ORDERED.

NEW YORK, NY
Dec 13, 2011

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Counsel for Nycomed U.S. Inc. (via e-mail to Peter.Shen@wilmerhale.com)
Counsel for Perrigo Company, Inc. (via e-mail to csiwik@rmmslegal.com)
Counsel for Taro Pharmaceuticals U.S.A., Inc. (via e-mail to KKeeling@winston.com)
Counsel for Taro Pharmaceuticals Industries, Ltd. (via e-mail to KKeeling@winston.com)
Counsel for Watson Pharmaceuticals, Inc. (via e-mail to jmcinnear@kasowitz.com)