Case 1:11-cv-07464-LTS Document 9 Filed 12/15/11 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION ) ) ) Plaintiff, ) ) v. ) ) WATSON PHARMACEUTICALS, INC. ) ) Defendant. ) ) ) ) | ECF CASE 11-cv-07464 (LTS) (DCF) |

## MEDICIS PHARMACEUTICAL CORPORATION AND WATSON PHARMACEUTICALS, INC.'S STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Medicis Pharmaceutical Corporation and Defendant Watson Pharmaceuticals, Inc. ("Watson") by and through their undersigned attorneys hereby stipulate and agree that the time within which Watson may answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including January 27, 2012. Such answer or other responsive pleading is currently due on December 28, 2011. Watson has not requested nor received any prior extensions of time. This extension of time will not affect any scheduled dates in this matter.

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| By: /s/ Andrew Berdon | By: /s/ Norman E.B. Minnear |
| Andrew Berdon | Norman E.B. Minnear |
| andrewberdon@quinnemanuel.com | jminnear@kasowitz.com |
| 51 Madison Avenue, 22nd Floor | 1633 Broadway |
| New York, New York 10010 | New York, New York 10019-6799 |
| Phone: (212) 849-7000 | Phone: (212) 506-1700 |
| Fax: (212) 849-7100 | Fax: (212) 506-1800 |
| *Attorneys for Plaintiff Medicis Pharmaceutical Corporation* | *Attorneys for Defendant Watson Pharmaceuticals, Inc.* |

SO ORDERED this 14th day of December, 20__.

_____
U.S.D.J.