# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN THE MATTER OF REASSIGNMENT

                                  NOTICE OF REASSIGNMENT

       OF

CASES FROM HON. LAURA TAYLOR SWAIN

-----------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

           HON. ALISON J. NATHAN

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 7, 2012

                                    Ruby J. Krajick, CLERK

                                    Philip Guarnieri
                  By: _____
                                    Deputy Clerk

cc: Attorneys of Record

**Judge Swain to Judge Nathan**

06-cv-3972

09-cv-0405

09-cv-7354

10-cv-2333

10-cv-7267

10-cv-9034

11cv-2805

11-cv-4359

11-cv-4962

11-cv-4965

11-cv-5567

11-cv-7464