UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MEDICIS PHARMACEUTICAL CORPORATION,
          Plaintiff,

-v-

WATSON PHARMACEUTICALS, INC.,
          Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/12

11 Civ. 7464 (AJN)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

ALISON J. NATHAN, District Judge:

    WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that the previously scheduled initial pretrial conference, set for Friday, March 30, 2012, at 10:15 AM is hereby rescheduled. Counsel for all parties are directed to appear for an initial pretrial conference with the Court, on **Friday, March 30th, 2012 at 11:30 AM** in Courtroom **23B** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The initial pretrial conferences in the related cases are likewise rescheduled to this time. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. Prior to the date of the conference, each party must also send the Court one courtesy copy of the party's pleadings.

    This case shall be conducted in accordance with the Standing Order of October 31, 2011, and the procedures set forth in the Southern District of New York's Pilot Program Regarding Case Management Techniques for Complex Civil Cases (the "Pilot Project"). The Pilot Project Procedures are available at: http://nysd.uscourts.gov/rules/Complex_Civil_Rules_Pilot.pdf The parties are directed to follow these procedures – even to the extent that they are inconsistent with this Court's Individual Practices.

    Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference and as directed in the Pilot Project. Additionally, the Parties are directed to file an Initial Report no later than **Friday, March 23th, 2012**. The Initial Report shall, in numbered paragraphs, provide:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or all outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) All other information required under Section I.A. of the Pilot Project Procedures.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this notice, the Standing Order of October 31, 2011 (and attachments), and the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) forthwith, and (ii) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this notice must forthwith send a copy of the notice, Standing Order and Practices to that party personally.

Dated: Feb. 9, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

2